# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ALFONSO BLACKMON, a/k/a, <br> YAHYA R. EL'AMIN, a/k/a, <br> JOHN THOMPKINS, <br> <br> Plaintiff, <br> vs. <br> <br> SHERIFF JIMMY JOHNSON, et al., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br> <br> <br> <br> <br> CIVIL ACTION 05-0316-BH-D |

**ORDER**

This matter is before the Court on Plaintiff's Motion (Doc. 9) for Extension of Time, for access to legal materials and to appoint counsel. Plaintiff's Motion is **due to be GRANTED in Part and DENIED in Part**.

As to Plaintiff's request that the Court issue an Order directing the Baldwin County Jail allow him access to legal materials, the Court **hereby DENIES** Plaintiff's request. Though denial of access to legal materials is a cognizable cause of action for prisoners under 42 U.S.C. §1983, that claim is not included in Plaintiff's original Complaint in this action. If Plaintiff wishes to pursue this grievance, he must do so in a separate suit.

As to Plaintiff's request to appoint counsel, the Court **hereby DENIES** Plaintiff's request. Appointment of counsel to a prisoner proceeding *in forma pauperis* in a civil rights action is purely within the broad discretion of the Court. *Killian v. Holt*, 166 F.3d 1156, 1157 (11th Cir. 1999). The Court will appoint counsel only when it is demonstrated that a plaintiff's case includes the requisite "exceptional circumstances" justifying the appointment. *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). However, before examining whether the case presents "exceptional circumstances," the Court must first determine whether the case has some merit. *See Poole v. Lambert*, 819 F.2d 1025,

1028 (11th Cir. 1987). In the instant case, the Magistrate Judge has determined that Plaintiff's claims are frivolous. Without some showing to the contrary, the Court cannot find that the appointment of counsel is justified.

However, the Court does **hereby GRANT** Petitioner's motion for 20 additional days in which to respond to the Magistrate Judge's Report and Recommendation. Petitioner's Response is now due **on or before Monday, January 9, 2006**.

**So ORDERED**, this 14th day of December 2005.

                                        s/ W. B. Hand
                                        SENIOR DISTRICT JUDGE