IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALFONSO BLACKMON, a/k/a, :
YAHYA R. EL'AMIN, a/k/a,
JOHN THOMPKINS, :

    Plaintiff, :

vs. : CIVIL ACTION 05-0316-BH-D

SHERIFF JIMMY JOHNSON, et al., :

    Defendants. :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED**  that defendants Allen Perdue, Jonathan Armstrong, Frank Burt, Jr., George Price, Mary Frances Stewart, Charles A. Browdy, and Joe T. Faust be **DISMISSED** from this action with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), as the claims against them are frivolous; that, based on the abstention principles of *Younger v. Harris,* 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971), the claims for injunctive and declaratory relief be **DISMISSED;** and that the damages claims be **STAYED** until the criminal proceedings against plaintiff are concluded.  It is further **ORDERED** that plaintiff advise the court on **June 1, 2006** of the status of the criminal proceedings against him;

the failure to advise the court will result in the dismissal of this action for failure to obey the court's order.

      **DONE** this 29th day of March, 2006.

                                                                                     s/ W. B. Hand
                                                                  SENIOR DISTRICT JUDGE