IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALFONSO BLACKMON, a/k/a, YAHYA R. EL'AMIN, a/k/a, JOHN THOMPKINS, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 05-0316-BH-D |
| SHERIFF JIMMY JOHNSON, et al., | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that defendants Allen Perdue, Jonathan Armstrong, Frank Burt, Jr., George Price, Mary Frances Stewart, Charles A. Browdy, and Joe T. Faust be **DISMISSED** from this action with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), as the claims against them are frivolous; that, based on the abstention principles of *Younger v. Harris,* 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971), the claims for injunctive and declaratory relief be **DISMISSED**; and that the damages claims be **STAYED** until the criminal proceedings against plaintiff are concluded.

**DONE** this 29th day of March, 2006.

                                                       s/ W. B. Hand
                                                   SENIOR DISTRICT JUDGE