IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALFONSO BLACKMON, a/k/a,        :
YAHYA R. EL'AMIN, a/k/a,
JOHN THOMPKINS,                 :

    Plaintiff,                  :

vs.                             :   CIVIL ACTION 05-00316-BH-B

SHERIFF JIMMY JOHNSON, *et al.*,  :

    Defendants.                 :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed[1], the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that Defendant Jail Jackie Calhoun be and is hereby **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(I), prior to service of process, because the claim against her is frivolous. The case shall proceed as to the remaining defendants.

    **DONE** this 11th day of June, 2008.

                                                   s/ W. B. Hand
                                        SENIOR DISTRICT JUDGE

---

[1] The first mailing to Plaintiff of the Report and Recommendation here at issue was returned as undeliverable. A second mailing of the Report and Recommendation which extended the response time to June 10, 2008, was not returned. *See*, Doc. 31.