```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION

ALFONSO BLACKMON, a/k/a,           :
YAHYA ABDUL LATEEF, a/k/a,
YAHYA R. EL'AMIN, a/k/a,           :

      Plaintiff,                   :

vs.                                :   CIVIL ACTION 05-00316-BH-B

SHERIFF JIMMY JOHNSON, et al.,     :

      Defendants.                  :
```

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a _de novo_ determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Motion for Default be **DENIED**[1], and that Defendants' Motion for an Extension be **GRANTED**.

**DONE** this 19th day of August, 2008.

                                   s/ W. B. Hand
                                   SENIOR DISTRICT JUDGE

---

[1] To the extent plaintiff argues that a default judgment is due to be entered against James A. Boyington for his failure to separately answer plaintiff's complaint, plaintiff's contention is specious. Mr. Boyington is deceased (Doc. 36).