IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALFONSO BLACKMON, a/k/a,** : <br> **YAHYA ABDUL LATEEF, a/k/a,** <br> **YAHYA R. EL'AMIN, a/k/a,** : <br> **JOHN THOMPKINS,** <br>    **Plaintiff,** <br> vs. <br> **SHERIFF JIMMY JOHNSON, et al.,** <br>    **Defendants.** | **CIVIL ACTION 05-00316-CG-B** |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Orders.

**DONE and ORDERED** this 19th day of March, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**